UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-4637-GW-Ex | Date | September 8, 2022 |
|---|---|---|---|
| Title | *Diana Lizeth Avendano v. Costco Wholesale Corporation, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | John K. Flock, by telephone |

**PROCEEDINGS:** **PLAINTIFF'S MOTION FOR ORDER REMANDING TO STATE COURT [10]**

Counsel for Plaintiff is not present.

Court confers with defense counsel. The Tentative Ruling on Plaintiff's Motion issued on September 7, 2022 [19] is adopted as the Court's Final Ruling. Plaintiff's Motion is DENIED.

: 04

Initials of Preparer   JG