JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA LIZETH AVENDANO, | Case No.  CV 22-4637-GW-Ex |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| COSTCO WHOLESALE CORPORATION, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: November 7, 2023

_____

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE